# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JENI PORCHE, MARGARET L. HOSTY, and d/b/a GSU INNOVATOR | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: **02 C 7707** |
| ROGER ODEN, et al, | ) ) | The Honorable Ronald A. Guzman Judge Presiding |
| Defendants. | ) ) ) | **Magistrate Judge Nan R. Nolan** |

## NOTICE OF FILING

To: Jeri Porche'  
257 Juniper Street  
Park Forest, Illinois 60466

Margaret Hosty  
956 Elder Road  
Homewood, Illinois 60430

**PLEASE TAKE NOTICE** that on Thursday, November 3, 2005, the attached **APPEARANCE** was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604.

LISA MADIGAN  
Attorney General of Illinois

s/Janet M. Fasano  
JANET M. FASANO  
Assistant Attorney General  
General Law Bureau  
100 West Randolph Street, 13th floor  
Chicago, Illinois 60601  
(312) 814-5159

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the attached **Appearance** was served upon the pro se plaintiffs at the address indicated, by mail, postage pre-paid, by depositing same in the U.S. mail located at 100 West Randolph Street, Chicago, IL 60601, on the 3rd day of November, 2005.

s/Janet M. Fasano  
Assistant Attorney General