UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENI PORCHE, MARGARET L. HOSTY, and d/b/a GSU INNOVATOR, | ) ) ) | |
| Plaintiffs, | ) ) ) | No. 02 C 7707 |
| v | ) ) | |
| ROGER ODEN, ALBERT CHESSER, DEBRA BOYD, PATRICIA CARTER, DONALD BELL, DEBRA CONWAY, FRANCES BRADLEY, JUDY YOUNG, EDWARD KAMMER, DOROTHY FERGUSON, PETER GUNTHER, STUART FAGAN, PAUL KEYS, PEGGY WOODWARD, HARRY KLEIN, WILLIAM McGEE, KRISTI DeLAURENTIS, LORINE SAMUELS, KATHLEEN FIELD ORR, JACK BEAUPRE, BRUCE FRIEFELD, IVY WHITE, CLAUDE R. HILL IV, STEVEN M. O'CONNOR, THOMAS STEPKE, DEBORAH HOLDSTEIN, RASHIDAH JAAMI' MUHAMMAD, JOYCE KENNEDY, and LORRAINE SIBBET, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Ronald A. Guzman Presiding Judge Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

Defendants ROGER ODEN, ALBERT CHESSER, DEBRA BOYD, DEBRA

CONWAY, FRANCES BRADLEY, JUDY YOUNG, PETER GUNTHER, STUART FAGAN,

PAUL KEYS, PEGGY WOODWARD, HARRY KLEIN, WILLIAM McGEE,

KRISTI DeLAURENTIS, LORINE SAMUELS, KATHLEEN FIELD ORR, JACK BEAUPRE,

BRUCE FRIEFELD, IVY WHITE, THOMAS STEPKE, DEBORAH HOLDSTEIN,

RASHIDAH JAAMI' MUHAMMAD, JOYCE KENNEDY, and LORRAINE SIBBET,

("DEFENDANTS") by and through their attorney, LISA MADIGAN, Illinois Attorney General,

hereby request that this Court grant their motion for a seven (7) day extension of time to file an

Answer to the Fourth Amended Compliant. In support thereof, Defendants state as follows:

1. Plaintiffs have filed a Fourth Amended Complaint and Defendants' Answer is due on December 3, 2007.

2. Given the extremely extensive history of this case, Counsel for Defendants requires additional time to review past pleadings and other documents and prepare a response to the Fourth Amended Complaint.

3. Counsel for Defendants spoke with Counsel for Plaintiffs by telephone on November 28, 2007, and he does not oppose a seven (7) day extension of time to file the Answer.

4. This motion is not brought for dilatory purposes.

WHEREFORE Defendants Oden, Chesser, Boyd, Conway, Bradley, Young, Gunther, Fagan, Keys, Woodward, Klein, McGee, DeLaurentis, Samuels, Field Orr, Beaupre, Friefeld, White, Stepke, Holdstein, Muhammad, Kennedy, and Sibbet respectfully request that this Honorable Court grant them an additional seven (7) days, until December 10, 2007, to file an Answer to the Plaintiffs' Fourth Amended Complaint.

Respectfully submitted,

/s/ *Rachel Fleischmann*

LISA MADIGAN
Illinois Attorney General

RACHEL FLEISCHMANN
PETER C. KOCH
Assistant Attorneys General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
312-814-6122/6534